UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PETER C JENSEN, ) | |
| ) | CASE NO. C07-3036 PAZ |
| Plaintiff, ) | |
| ) | |
| vs. ) | JUDGMENT |
| ) | IN A CIVIL CASE |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| MICHAEL J ASTRUE, ) | |
| ) | |
| Defendant. ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Commissioner's decision is affirmed in part and reversed in part. The decision is affirmed with regard to the Commissioner's decision denying Jensen's application for Title II benefits, and reversed with regard to his application for Title XVI benefits. The case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405 (g), for calculation and award of Title XVI benefits with a disability onset date of July 11, 2003.

DATED: July 30, 2008

Robert L. Phelps - Clerk

S/src
By: Deputy Clerk